IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRIAN R. KUTACH**                                                                                          **PLAINTIFF**

v.                              No. 4:15–CV–765-JLH-BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After carefully reviewing the Recommendation, Mr. Kutach's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Commissioner's decision is affirmed, and Mr. Kutach's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 15th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE