IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRIAN R. KUTACH                                                                                  PLAINTIFF

v.                              No. 4:15–CV–765-JLH-BD

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                           DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED.

DATED this 15th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE